FILED

09/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0283

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-23-0283

---

BRAXTON GREENLOW
        Petitioner-Appellee


        -vs.-
TARA LOSINSKI,
        Respondent-Appellant.

---

### Order Granting the Joint Motion to File Previously Purchased Certified Transcripts

---

UPON JOINT MOTION of the parties through counsel, and good cause appearing thereon, the Court hereby grants the motion to file the certified transcripts previously purchased by Respondent. Respondent shall file the OCR-ready transcripts by October 10, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2023